**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Kenneth T. BAILEY,
Defendant/Appellant.**

**No. ED 80436.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Nov. 5, 2002.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 14, 2003.

Gwenda R. Robinson, Assistant State Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Adriane Dixon Crouse, Assistant Attorney General, Jefferson City, MO, for respondent.

Before PAUL J. SIMON, P.J., GARY M. GAERTNER, SR., J. and KATHIANNE KNAUP CRANE, J.

*ORDER*

PER CURIAM.

Defendant appeals his judgment entered on a jury verdict finding him guilty of one count of assault in the first degree, in violation of Section 565.050 RSMo (2000), and one count of armed criminal action, in violation of Section 571.015 RSMo (2000). The court found defendant to be a prior and persistent offender and sentenced him to life imprisonment on the assault count and twelve years imprisonment on the armed criminal action count, to be served consecutively.

No error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).